Tawney L. Carrier, WSBA #38551
COWAN MOORE LUKE CARRIER & PETERSON
503 Knight Street, Suite A
P.O. Box 927
Richland, WA  99352
Phone:  (509) 943-2676
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| GENEVA T. HUDSON, | ) | NO.  CV-11-5113-LRS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | WITH PREJUDICE |
| | ) | |
| DEBBE H. KRAMER and | ) | |
| SANDRA J. BUNCH, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER, having come before the court on parties Stipulation and Motion for an Order of Dismissal with prejudice, presented by the attorneys of record for the above-named parties, and the court being fully advised herein,

Order of Dismissal with Prejudice - 1

COWAN  MOORE LUKE CARRIER & PETERSON
A Professional Limited Liability Company
Attorneys at Law
P.O. Box 927
503 Knight Street, Suite A
Richland, Washington  99352
Telephone (509) 943-2676

1  THEREFORE it is ordered, this matter is hereby dismissed with prejudice
2
3  and without cost to any party.

4  DATED this 4th day of September, 2012.
5
6                               *s/Lonny R. Suko*

7                          _____
                               LONNY R.  SUKO
8                          United States District Judge

9  Presented by:

10  /s/TAWNEY L. CARRIER_____
11  WSBA #38551
    Cowan Moore Stam Luke & Carrier, PLLC
12  Attorneys for Plaintiff
13  503 Knight Street, Suite A
    P.O. Box 927
14  Richland, WA 99352
15  (509) 943-2676
16  Email: tcarrier@cowanmoore.com

17

18  s/KYLE J. SILK-EGLIT
19  WSBA No. 43177
    Attorney for Defendants
20  JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
21  2600 Chester Kimm Road
    P.O. Box 1688
22  Wenatchee, WA  98807-1688
23  Telephone:  509-662-3685
24  Fax:  509-662-2452
    Email: kyles@jdsalaw.com
25

26

27

28  Order of Dismissal with Prejudice - 2

COWAN  MOORE LUKE CARRIER & PETERSON
A Professional Limited Liability Company
Attorneys at Law
P.O. Box 927
503 Knight Street, Suite A
Richland, Washington  99352
Telephone (509) 943-2676